O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 09-274-CAS |
| Plaintiff, ) | |
| v. ) | REVOCATION OF SUPERVISED |
| GUSTAVO CORRAL ESCOBEDO, ) | RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On January 9, 2013 and February 11, 2013, this matter came before the Court on Petition on Probation and Supervised Release originally filed on December 11, 2012. Government counsel, Monica Ramirez, the defendant and his appointed attorney, Yasmin Cader, Deputy Federal Public Defender, were present. The U.S. Probation Officer, Aaron Vereen, was also present. The defendant was questioned by the Court and advised of his Constitutional Rights. The defendant admitted to allegation 1, as contained in the original Petition. The Government orally motioned to dismiss allegations 2 and 3 of the petition, which the Court granted.

THE COURT FINDS the defendant is in violation of the terms and conditions of his release as set forth in the Judgment and Probation/Commitment Order of October 19, 2009.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of fourteen (14) months, with no supervision to follow.

1  IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
2 Marshal or other qualified officer and that said copy shall serve as the commitment of
3 defendant.

5 FILE/DATED: February 11, 2013

*[signature: Christina A. Snyder]*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: ___/S/_____
     Catherine M. Jeang, Deputy Clerk

2